Lorraine P. Ocheltree (SBN 151791)
Allegra A. Jones (SBN 236518)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   lpocheltree@duanemorris.com
          aajones@duanemorris.com

Eric P. Berezin
(ADMITTED *PRO HAC VICE*)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail:   epberezin@duanemorris.com

Attorneys for Defendant
GEVITY HR, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL FIELD, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MORTGAGE EXPRESS CORP., a Pennsylvania Corporation and GEVITY HR, INC., a Florida Corporation,<br><br>Defendants. | Case No.: C-09-05972 MHP<br><br>[~~PROPOSED~~] **ORDER GRANTING GEVITY HR, INC.'S MOTION TO STAY MEDIATION**<br><br>Date:        July 19, 2010<br>Time:       2:00 p.m.<br>Courtroom: 15, 18th Floor<br><br>Before The Honorable Marilyn H. Patel |

~~On July 19, 2010, at 2:00 p.m.,~~ Defendant Gevity HR, Inc.'s ("Gevity") Motion to Stay Mediation **is deemed submitted and unopposed, no opposition having been timely filed**. ~~came for hearing before this Court, Honorable Marilyn H. Patel presiding~~. The Court fully considered all papers submitted in support of ~~and in opposition to~~ the Motion ~~to Stay Mediation, and argument of counsel.~~ **and the record herein,** Based thereon and good cause appearing:

///

///

1
[PROPOSED] ORDER GRANTING MOTION TO STAY MEDIATION

1  IT IS HEREBY ORDERED that Gevity's Motion to Stay Mediation is GRANTED and that mediation in this matter shall be stayed until further Order of this Court..

DATED: July 2, 2010

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Hon. Marilyn H. Patel
United States District Court, Northern District of California