1  Lorraine P. Ocheltree (SBN 151791)
   Allegra A. Jones (SBN 236518)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2200
3  San Francisco, CA 94105-1127
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-Mail:   lpocheltree@duanemorris.com
5            aajones@duanemorris.com

6  Eric P. Berezin
   (Admitted Pro Hac Vice)
7  **DUANE MORRIS LLP**
   Atlantic Center Plaza
8  1180 West Peachtree Street NW, Suite 700
   Atlanta, GA 30309-3448
9  Telephone: 404.253.6900
   Facsimile: 404.253.6901
10 E-mail:   epberezin@duanemorris.com

11 Attorneys for Defendant
   GEVITY HR, INC.
12
   Harry G. Lewis (SBN 157705)
13 Gordon W. Renneisen (SBN 129794)
   Julie A. Marquis (SBN 178466)
14 CORNERSTONE LAW GROUP
   595 Market Street, Suite 2360
15 San Francisco, CA  94105
   Telephone:   (415) 974-1900
16 Facsimile:    (415) 974-6433

17 Attorneys for Plaintiff MARSHALL FIELD
   and all other similarly situated persons
18
19            IN THE UNITED STATES DISTRICT COURT

20          FOR THE NORTHERN DISTRICT OF CALIFORNIA

21
   MARSHALL FIELD, individually and on behalf of       Case No.: C 09-05972 MHP
22 all other similarly situated persons,
                                                        **JOINT STIPULATION AND**
23                 Plaintiffs,                          **[PROPOSED] ORDER REGARDING**
                                                        **DEPOSITION AND MOTION FOR**
24       v.                                             **SUMMARY JUDGMENT SCHEDULE**

25 AMERICAN MORTGAGE EXPRESS CORP., a
   Pennsylvania Corporation and GEVITY HR, INC., a
26 Florida Corporation,

27                 Defendants.

28

DM2\2504425.1

Plaintiff Marshall Field ('Field"), by and through his undersigned counsel, and Defendant Gevity HR, Inc. ("Gevity"), by and through its undersigned counsel, hereby enter into the following Joint Stipulation:

WHEREAS a Case Management Conference was held on August 30, 2010 after which the Court ordered that depositions of Marshall Field and Marla Barr be completed by October 15, 2010 and set forth a briefing schedule for motions for summary judgment;

WHEREAS counsel for Field and Gevity have worked with their clients and each other to schedule the requisite depositions of Field and Barr, but are unable to complete them before the October 15, 2010 deadline;

WHEREAS Field and Gevity have reached agreement and confirmed with their clients availability for the depositions of Field and Barr after the October 15, 2010 deadline;

NOW, THEREFORE, Field and Gevity hereby stipulate and agree as follows:

1.      The deposition of Marshall Field shall take place on October 22, 2010;

2.      The deposition of Marla Barr shall take place on November 8, 2010;

3.      The parties agree to continue the October 15, 2010 deadline to complete these depositions if the Court is in agreement;

4.      In light of the dates of the depositions, which are relevant to the motions for summary judgment, Field and Gevity agree to continue the deadlines to file and serve and hold a hearing on the motions for summary judgment, if the Court is in agreement, to the following:

(a)     The deadline to file any motion for summary judgment is continued to January 10, 2011;

(b)     The deadline to file any opposition to any motion for summary judgment is continued to January 24, 2011; and

(c)     The deadline to file any reply to any opposition to any motion for summary judgment is January 31, 2011.

///
///
///

1       (d)    The hearing on the motions will be continued to February 14, 2011

2

3   Dated: October 13, 2010           **DUANE MORRIS LLP**

4                               By:    */s/ Lorriane P. Ocheltree*

5                                     Eric P. Berezin
                                  Lorraine P. Ocheltree

6                                     Allegra A. Jones
                                  Attorneys for Defendant

7                                     GEVITY HR, INC.

8   Dated: October 13, 2010           **CORNERSTONE LAW GROUP**

9                               By:    */s/ Harry G. Lewis*

10                                    Harry G. Lewis
                                  Attorneys for Plaintiff

11                                    MARSHALL FIELD and all other similarly situated
                                  persons

12

13

14

15                                    **ORDER**

16      IT IS SO ORDERED.

17

18  Dated: October _18_, 2010

19                                    Honorable
                                  Judge of the United States District Court

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA

1

## GENERAL ORDER 45 CERTIFICATION

2

I, Allegra A. Jones, hereby attest pursuant to N.D. Cal. General Order No. 45 that the

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

5

Dated: October 13, 2010                    **DUANE MORRIS LLP**

6

By:    /s/ *Allegra A. Jones*

7

Allegra A. Jones
Attorneys for Defendant

8

GEVITY HR, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28