Lorraine P. Ocheltree (SBN 151791)
Allegra A. Jones (SBN 236518)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    lpocheltree@duanemorris.com
           aajones@duanemorris.com

Eric P. Berezin
(Admitted Pro Hac Vice)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail:    epberezin@duanemorris.com

Attorneys for Defendant
GEVITY HR, INC.

Harry G. Lewis (SBN 157705)
Gordon W. Renneisen (SBN 129794)
Julie A. Marquis (SBN 178466)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA  94105
Telephone:    (415) 974-1900
Facsimile:    (415) 974-6433

Attorneys for Plaintiff MARSHALL FIELD
and all other similarly situated persons

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL FIELD, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MORTGAGE EXPRESS CORP., a Pennsylvania Corporation and GEVITY HR, INC., a Florida Corporation,<br><br>Defendants. | Case No.: C 09-05972 MHP<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DEPOSITIONS AND MOTION FOR SUMMARY JUDGMENT SCHEDULE** |

1       Plaintiff Marshall Field ('Field"), by and through his undersigned counsel, and Defendant

2  Gevity HR, Inc. ("Gevity"), by and through its undersigned counsel, hereby enter into the following

3  Joint Stipulation:

4       WHEREAS this Court issued an Order dated October 18, 2010, requiring the parties to

5  complete the depositions of Plaintiff and Marla Barr in October 2010, to file any motions for

6  summary judgment by January 10, 2010, any oppositions to such motions by January 24, 2011, any

7  reply to such oppositions by January 31, 2011, and scheduling a hearing on such motions for

8  February 15, 2011;

9       WHEREAS the depositions of Plaintiff and Ms. Barr did not go forward as scheduled due to

10  unforeseen health problems suffered by Mr. Field's counsel, which rendered him unavailable

11  through November 30, 2010 and for which he served a Notice of Unavailability of Counsel;

12       WHEREAS, the parties have agreed to reschedule the depositions to the earliest dates on

13  which counsel and the parties are available;

14       NOW, THEREFORE, Field and Gevity hereby stipulate and agree as follows:

15      1.    The deposition of Marshall Field shall take place on February 3, 2011;

16      2.    The deposition of Marla Barr shall take place on February 22, 2011;

17      3.    In light of the dates of the depositions, which are relevant to the motions for summary

18  judgment, Field and Gevity agree to continue the deadlines to file and serve and hold a hearing on

19  the motions for summary judgment, if the Court is in agreement, to the following:

20           (a)    The deadline to file any motion for summary judgment is continued to March

21               31, 2011;

22           (b)    The deadline to file any opposition to any motion for summary judgment is

23               continued to April 21, 2011; and

24           (c)    The deadline to file any reply to any opposition to any motion for summary

25               judgment is April 28, 2011.

26

27

28

1          (d)     The hearing on the motions will be continued to a date following the filing

2 deadline agreeable to the Court.

3

4 Dated: December 21, 2010                **DUANE MORRIS LLP**

5                           By:    */s/ Lorraine O. Ocheltree*

6                                Lorraine P. Ocheltree
                               Eric P. Berezin

7                                Allegra Jones
                               Attorneys for Defendant

8                                GEVITY HR, INC.

9 Dated: December 21, 2010                **CORNERSTONE LAW GROUP**

10                           By:    */s/ Harry G. Lewis*

11                                Harry G. Lewis
                               Attorneys for Plaintiff

12                                MARSHALL FIELD

13

14

15                              **ORDER**

16       IT IS SO ORDERED.

17

18

19

20          January 3, 2011
Dated: _____, ~~2010~~

21                              Hon.        el
                             Judg     ct Court

22

23

24

25

26

27

28

## GENERAL ORDER 45 CERTIFICATION

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 21, 2010

**DUANE MORRIS LLP**

By:   /s/ Lorraine P. Ocheltree
Allegra A. Jones
Attorneys for Defendant
GEVITY HR, INC.

DuaneMorris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

LORRAINE P. OCHELTREE
DIRECT DIAL: 415.957.3234
PERSONAL FAX: +1 415 651 8534
E-MAIL: lpocheltree@duanemorris.com

*www.duanemorris.com*

December 21, 2010

VIA E-FILING

Honorable Marilyn H. Patel
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 15, 18th Floor
San Francisco, CA  94102

      Re:   *Marshal Field v. American Mortgage Express, et al.*
              Case No. C-0905972 MHP
              Stipulation and (Proposed) Order Regarding Deposition
              and Motion for Summary Judgment Schedule

Dear Judge Patel:

      Following the last Case Management Conference in the above matter, the Court issued an
order requiring the parties to complete the depositions of the Plaintiff and Gevity HR's
representative Marla Barr and setting forth a motion for summary judgment filing and hearing
schedule.  Plaintiff's counsel was unable to take the depositions as scheduled due to a medical
leave of absence.  The parties were able to coordinate a new deposition schedule, which extends
beyond the Court deadline.  In light of the deposition schedule, the parties need relief from the
Court's order and an extension of the filing/hearing schedule.  Enclosed is the parties' stipulation
and a proposed order for the Court's consideration.  We appreciate the Court's consideration of
this matter.

                      Very truly yours,

                      Lorraine P. Ocheltree           Harry Lewis

LPO:cwc
Enclosure

DUANE MORRIS LLP

SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200   SAN FRANCISCO, CA  94105-1127        PHONE: 415.957.3000   FAX: 415.957.3001
DM2\2502051.2