1   Lorraine P. Ocheltree (SBN 151791)          Harry G. Lewis (SBN 157705)
    Allegra A. Jones (SBN 236518)               Gordon W. Renneisen (SBN 129794)
2   **DUANE MORRIS LLP**                        Julie A. Marquis (SBN 178466)
    One Market, Spear Tower, Suite 2200         **CORNERSTONE LAW GROUP**
3   San Francisco, CA 94105-1127                595 Market Street, Suite 2360
    Telephone: 415.957.3000                     San Francisco, CA  94105
4   Facsimile: 415.957.3001                     Telephone:    (415) 974-1900
    E-Mail:    lpocheltree@duanemorris.com      Facsimile:    (415) 974-6433
5              aajones@duanemorris.com

6   Eric P. Berezin                             Attorneys for Plaintiff MARSHALL
    (Admitted Pro Hac Vice)                     FIELD and all other similarly situated
7   **DUANE MORRIS LLP**                        persons
    Atlantic Center Plaza
8   1180 West Peachtree Street NW, Suite 700
    Atlanta, GA 30309-3448
9   Telephone: 404.253.6900
    Facsimile: 404.253.6901
10  E-mail:    epberezin@duanemorris.com

11  Attorneys for Defendant
    GEVITY HR, INC.
12

13                  IN THE UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  MARSHALL FIELD, individually and on behalf of        Case No.: C 09-05972 MHP
    all other similarly situated persons,
17                                                **JOINT STIPULATION AND**
                        Plaintiffs,               **[PROPOSED] ORDER REGARDING**
18                                                **MOTION FOR SUMMARY**
            v.                                    **JUDGMENT SCHEDULE**
19
    AMERICAN MORTGAGE EXPRESS CORP., a
20  Pennsylvania Corporation and GEVITY HR, INC., a
    Florida Corporation,
21
                        Defendants.
22

23          Plaintiff Marshall Field ('Field'), by and through his undersigned counsel, and Defendant

24  Gevity HR, Inc. ("Gevity"), by and through its undersigned counsel, hereby enter into the following

25  Joint Stipulation:

26          WHEREAS this Court issued an Order regarding the dates for the filing of the parties'

27  respective motions for summary judgment and/or summary adjudication of issues ("Motions");

28          WHEREAS, the parties are seeking to informally resolve a discovery dispute prior to filing

1  their Motions, and need additional time to meet and confer.

2       NOW, THEREFORE, Field and Gevity hereby stipulate and agree as follows:

3       1.    The deadline for the parties to file their Motions is continued to May 2, 2011;

4       2.    The deadline for the parties to file their opposition to the Motions is continued

5       to May 16, 2011;

6       3.    The deadline for the parties to file their reply to any opposition to the Motions

7       is continued to May 23, 2011; and

8       4.    The hearing on the Motions shall be conducted on June 6, 2011. **or such other**

9          **date as the court may set.**

10 Dated: March 29, 2011        **DUANE MORRIS LLP**

11         By:    _____/s/_____

12         Eric P. Berezin
        Lorraine P. Ocheltree

13         Allegra A. Jones
        Attorneys for Defendant

14         GEVITY HR, INC.

15 Dated: March 29, 2011        **CORNERSTONE LAW GROUP**

16         By:    _____/s/_____

17         Harry G. Lewis
        Attorneys for Plaintiff

18         MARSHALL FIELD

19      IT IS SO ORDERED.

20

21 Dated: March 30, 2011

22         Honorable
        Judge of the

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA