United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marshall Field,

       Plaintiff,

    v.

American Mortgage Express Corporation, et al,

       Defendants.
_____/

No. C 09-5972 MHP  (JL)

**Briefing Order**

Discovery in this case has been referred by the district court (Hon. Marilyn Hall Patel) under 28 U.S.C. §636(b). The Court received the parties' separate statements regarding Plaintiff Field's discovery requests propounded upon Defendant Gevity Corporation. The Court hereby orders Plaintiff to file a separate statement of no more than five pages in support of its position by close of business April 6, 2011. Gevity shall file its separate statement of no more than five pages in support of its position by close of business April 13, 2011. The matter will be heard before this Court on April 20, 2011 at 9:30 a.m.

    IT IS SO ORDERED.

DATED: March 30, 2011

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-5972\Brief 51, 52.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Field, | No. C 09-5972 MHP  (JL) |
| Plaintiff, | |
| v. | **Briefing Order** |
| American Mortgage Express Corporation, et al, | |
| Defendants. _____/ | |

Discovery in this case has been referred by the district court (Hon. Marilyn Hall Patel) under 28 U.S.C. §636(b). The Court received the parties' separate statements regarding Plaintiff Field's discovery requests propounded upon Defendant Gevity Corporation. The Court hereby orders Plaintiff to file a separate statement of no more than five pages in support of its position by close of business April 6, 2011. Gevity shall file its separate statement of no more than five pages in support of its position by close of business April 13, 2011. The matter will be heard before this Court on April 20, 2011 at 9:30 a.m.

IT IS SO ORDERED.

DATED: March 30, 2011

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-5972\Brief 51, 52.wpd