UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Field,<br><br>    Plaintiff,<br><br>v.<br><br>American Mortgage Express Corporation, et al,<br><br>    Defendants.<br>_____/ | No. C 09-5972 MHP (JL)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S DISCOVERY REQUEST (Docket # 58)** |

    All discovery in this case has been referred by the district court (Hon. Marilyn Hall Patel) under 28 U.S.C. §636(b). The parties submitted their separate statements regarding their discovery dispute following this Court's briefing order and the matter was submitted without oral argument under Civil Local Rule 7-1(b). The Court carefully considered the parties' briefing, the applicable law, and the record in this case, and hereby denies Plaintiff's request for discovery related to whether Defendant Gevity was a joint or co-employer of potential class members, without prejudice to renewal of this request should this case proceed to Phase II discovery.

    Plaintiff by this motion seeks discovery related to whether Gevity was a joint or co-employer both of himself and also of potential class members. The Court finds that the record is clear that, as delineated in the Case Management Order issued March 22, 2010,

e-filed at Docket Number 28, Phase I discovery is limited to whether Gevity is a joint or co-employer of named plaintiff Marshall Field, and that only with the advent of Phase II discovery, related to class certification, will Plaintiff be entitled to discovery relevant to whether Gevity was a joint or co-employer of potential class members:

> The Parties anticipate exchanging written discovery in the near future. They will then engage in Phase I discovery directed at the issue of whether Gevity was a joint or co-employer for purposes of the claims asserted under the California Labor Code. The Parties agree that Gevity can first depose Plaintiff Marshall Field on Phase I issues, after which time Plaintiff may depose Marla Barr on Phase I issues. At the conclusion of Phase I discovery, one or both Parties may file a motion for summary judgment on the issue of whether Gevity was a joint or co-employer for purposes of the claims asserted in the FAC.
>
> If the case is not disposed of on summary judgment following Phase I of discovery, the Parties will commence class related discovery ("Phase II Discovery"). Plaintiff thereafter may file a Motion for Class Certification.

(Case management Statement and Order at 4:26-5:9)

Accordingly, Plaintiff's request for discovery related to whether Gevity was a joint or co-employer of potential class members is hereby denied without prejudice to renewal should this case proceed to Phase II discovery.

IT IS SO ORDERED.

DATED: April 14, 2011

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-5972\Order Deny 58.wpd