| | |
|---|---|
| Lorraine P. Ocheltree (SBN 151791) <br> Allegra A. Jones (SBN 236518) <br> **DUANE MORRIS LLP** <br> Spear Tower <br> One Market Plaza, Suite 2200 <br> San Francisco, CA 94105-1127 <br> Telephone: 415.957.3000 <br> Facsimile: 415.957.3001 <br> E-Mail:   lpocheltree@duanemorris.com <br>              aajones@duanemorris.com <br><br> Eric P. Berezin <br> *(Admitted Pro Hac Vice)* <br> **DUANE MORRIS LLP** <br> Atlantic Center Plaza <br> 1180 West Peachtree Street NW, Suite 700 <br> Atlanta, GA 30309-3448 <br> Telephone: 404.253.6900 <br> Facsimile: 404.253.6901 <br> E-mail:   epberezin@duanemorris.com <br><br> Attorneys for Defendant <br> GEVITY HR, INC. | Harry G. Lewis (SBN 157705) <br> Gordon W. Renneisen (SBN 129794) <br> Julie A. Marquis (SBN 178466) <br> **CORNERSTONE LAW GROUP** <br> 595 Market Street, Suite 2360 <br> San Francisco, CA  94105 <br> Telephone: 415.974.1900 <br> Facsimile:  415.974.6433 <br><br> Attorneys for Plaintiffs <br> MARSHALL FIELD, CHERIE JOHNSON, MARIA IGNACIO <br> and all other similarly situated persons |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL FIELD, individually and on behalf of all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MORTGAGE EXPRESS CORP., a Pennsylvania Corporation and GEVITY HR, INC., a Florida Corporation, <br><br> Defendants. | Case No.: 3:09-cv-05972-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO SUBSTITUTE CLASS REPRESENTATIVES** <br><br> Date:          November 21, 2011 <br> Time:         3:30 p.m. <br> Courtroom: 5, 17th Floor |

Purported plaintiffs and class representatives Cherie Johnson and Maria Ignacio (collectively, "Plaintiffs"), by and through their undersigned counsel, and defendant Gevity HR, Inc. ("Defendant" or "Gevity"), by and through its undersigned counsel, hereby enter into the following Joint Stipulation:

WHEREAS, Plaintiffs filed a Notice of Motion and Motion To Substitute Class

Representative ("Motion") on November 4, 2011;

WHEREAS, pursuant to Civil Local Rule 7-3(a), the deadline for Gevity to file an opposition to Plaintiffs' Motion is October 18, 2011;

WHEREAS, Plaintiff has agreed to extend the deadline for Gevity to file an opposition to Plaintiffs' Motion to, and including, October 31, 2011 in light of the circumstances described in the Declaration of Lorraine P. Ocheltree concurrently filed herewith;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil L.R. 6-2, by Plaintiffs and Gevity that Gevity will have up to, and including, October 31, 2011, to file an opposition to Plaintiffs' Motion.  Pursuant to Civil Local Rule 7-3(c), Plaintiffs' deadline to file and serve a reply to Gevity's opposition to the Motion shall be November 7, 2011.

Dated: October 18, 2011                **DUANE MORRIS LLP**

By: */s/ Allegra A. Jones*
Lorraine P. Ocheltree
Allegra A. Jones
Attorneys for Defendant
GEVITY HR, INC.

Dated: October 18, 2011                **CORNERSTONE LAW GROUP**

By: */s/ Harry G. Lewis*
Harry G. Lewis
Attorneys for Plaintiffs
MARSHALL FIELD, CHERIE JOHNSON, MARIA IGNACIO
and all other similarly situated persons

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __19__, 2011



_____
Hon. Edward M. Chen
Judge, United States District Court